IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00101-MEH

JONATHAN BOYD, and
JAMI LARSON,

    Plaintiffs,

v.

MONTEZUMA COUNTY SHERIFF'S OFFICE,
DENNIS SPRUELL, in his individual and official capacities as Sheriff of Montezuma County,
ADAM ALCON, in his individual and official capacities,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 13, 2015.**

The Joint Motion to Vacate and Re-Set Scheduling Conference [filed February 13, 2015; docket #15] is **granted**. The Scheduling Conference currently set for **February 25, 2015** at **10:15 a.m.** is **vacated** and **rescheduled** for **March 31, 2015** at **10:00 a.m.**