IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00101-MEH

JONATHAN BOYD and
JAMI LARSON,

      Plaintiffs,

vs.

MONTEZUMA COUNTY SHERIFF'S OFFICE,
DENNIS SPRUELL, individually and in his capacity as Sheriff of Montezuma County, and
ADAM ALCON, individually and in his capacity as an employee of the Montezuma County
Sheriff's Office,

      Defendants.
_____

## STIPULATED MOTION FOR PARTIAL DISMISSAL
_____

      Plaintiffs, JONATHAN BOYD and JAMI LARSON, and Defendants, MONTEZUMA

COUNTY SHERIFF'S OFFICE, DENNIS SPRUELL, individually and in his capacity as

Sheriff of Montezuma County, and ADAM ALCON, individually and in his capacity as an

employee of the Montezuma County Sheriff's Office, hereby file this Stipulated Motion for

Partial Dismissal, as follows.

      1.     The parties have stipulated to the dismissal of the Plaintiffs' malicious

prosecution claim asserted in this matter, with prejudice, with each party to pay his or her

own costs and fees.  The malicious prosecution claim is set out in the Third Claim for

Relief.

2.     This stipulation is not intended to affect the remaining claims against

Defendants.

WHEREFORE, the parties pray that this Court issue an order dismissing Plaintiff's

malicious prosecution claim, with prejudice, with each party to pay his/her own costs.

Respectfully submitted,


Date: 04/08/2015                              s/ Douglas J. Reynolds (*signature/authorization on file*)
                                              Douglas J. Reynolds
                                                   BOPP REYNOLDS LAW GROUP
                                                   1099 Main Ave., Ste. 303
                                                   P.O. Box 2002
                                                   Durango, Colorado 81302
                                                   970-259-0661 (office)
                                                   970-459-4318 (fax)
                                                   drey@BoppReynoldsLaw.com
                                              ATTORNEY FOR PLAINTIFFS



Date: 04/08/2015                              s/ Ann. B. Smith
                                              Ann B. Smith
                                                   VAUGHAN & DeMURO
                                                   111 South Tejon Street, Suite 545
                                                   Colorado Springs, CO 80903
                                                   (719) 578-5500 (phone)
                                                   (719) 578-5504 (fax)
                                                   vnd@vaughandemuro.com (e-mail)
                                              ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Douglas J. Reynolds**
drey@boppreynoldslaw.com

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[none]

s/ Ann. B. Smith
Ann. B. Smith
    VAUGHAN & DeMURO
    111 South Tejon Street, Suite 545
    Colorado Springs, CO 80903
    719-578-5500 (phone)
    719-578-5504 (fax)
    vnd@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANTS