IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00101-MEH

JONATHAN BOYD, and
JAMI LARSON,

    Plaintiffs,

v.

MONTEZUMA COUNTY SHERIFF'S OFFICE,
DENNIS SPRUELL, in his individual and official capacities as Sheriff of Montezuma County,
ADAM ALCON, in his individual and official capacities,

    Defendants.

---

## ORDER DISMISSING CLAIM WITH PREJUDICE
---

**Michael E. Hegarty, United States Magistrate Judge.**

    Before the Court is a Stipulated Motion for Partial Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed April 8, 2015; docket #26]. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is hereby **ORDERED** that the third claim for relief (malicious prosecution) is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs.

    Dated and entered at Denver, Colorado this 9th day of April, 2015.

                                        BY THE COURT:

                                        *Michael E. Hegarty*

                                        Michael E. Hegarty
                                        United States Magistrate Judge