IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00101-MEH

JONATHAN BOYD, and
JAMI LARSON,

      Plaintiffs,

v.

MONTEZUMA COUNTY SHERIFF'S OFFICE,
DENNIS SPRUELL, in his individual capacity,
ADAM ALCON, in his individual capacity and official capacity at the Montezuma County Sheriff's Office, and
STEVE NOWLIN, in his official capacity as Sheriff of Montezuma County,

      Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 9, 2015.**

      Defendants' Unopposed Motion to Stay Discovery [filed November 5, 2015; docket #47] is **granted**. This matter is temporarily **stayed** until further order of the Court after its ruling on the pending Motion for Summary Judgment.