IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00101-MEH

JONATHAN BOYD, and
JAMI LARSON,

      Plaintiffs,

v.

MONTEZUMA COUNTY SHERIFF'S OFFICE,
DENNIS SPRUELL, in his individual capacity,
ADAM ALCON, in his individual capacity and official capacity at the Montezuma County Sheriff's Office, and
STEVE NOWLIN, in his official capacity as Sheriff of Montezuma County,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 4, 2015.**

Defendants' Unopposed Motion to Vacate and Reset the December 14, 2015, Motions Hearing [filed December 4, 2015; docket #55] is **granted** as follows.

The Motions Hearing currently set for December 14, 2015, is **vacated** and **reset** for **December 22, 2015 at 10:30 a.m.** All other aspects of the Minute Order setting the Motions Hearing continue to be in effect [*see* docket #54].

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).