IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.:   15-cv-00101-MEH | Date: December 22, 2015 |
| Courtroom Deputy: Laura Galera | FTR – Courtroom A501 |

| | |
|---|---|
| JONATHAN BOYD and<br>JAMI LARSON, | Douglas Reynolds (by phone) |
| Plaintiffs, | |
| vs. | |
| MONTEZUMA COUNTY SHERIFF'S OFFICE,<br>DENNIE SPRUELL<br>ADAM ALCON, and<br>STEVE NOWLIN, | Ann Smith |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

**Court in session:**     **10:32 a.m.**

Court calls case.   Appearances of counsel.

Argument and discussion held regarding Motion for Summary Judgment #[46], Plaintiffs' Motion for Leave to Withdraw or Amend Their Responses to Defendants' Request for Admissions #[49], Plaintiffs' Motion to Stay Consideration of Defendants' Motion for Summary Judgment #[52], trial venue, discovery responses, and deadlines.

**ORDERED:**   Motion for Summary Judgment #[46] is DENIED WITHOUT PREJUDICE. Defendant is granted leave to file a subsequent motion.

**ORDERED:**   Plaintiffs' Motion for Leave to Withdraw or Amend Their Responses to Defendants' Request for Admissions #[49] is GRANTED.   Discovery responses are due **no later than January 8, 2016.**

**ORDERED:**   Plaintiffs' Motion to Stay Consideration of Defendants' Motion for Summary Judgment #[52] is DENIED AS MOOT.

**ORDERED:**   The previously imposed stay is LIFTED.

**ORDERED:**   Discovery deadline is set for **June 30, 2016.**

**ORDERED:** Affirmative expert deadline is set for **May 2, 2016.**

**ORDERED:** Rebuttal expert deadline is set for **June 1, 2016.**

**ORDERED:** Dispositive motion deadline is set for **July 29, 2016.**

**ORDERED:** Final Pretrial Conference set **September 22, 2016 at 1:00 p.m.** before the Honorable Magistrate Judge Hegarty. Counsel should be prepared to discuss a trial date at the Final Pretrial Conference.

**ORDERED:** All previously imposed deadlines are VACATED**.**

**ORDERED:** Plaintiff to file a motion by the close of discovery if they wish to hold the trial in Durango.

**ORDERED:** Defendants are awarded reasonable fees for drafting the Motion for Summary Judgment and for their appearance in court for this proceeding.   Defendant shall file an Affidavit for Fees **no later than January 5, 2016.**

**Court in recess:**       **10:52 a.m.**   **(Hearing concluded)**
**Total time in court:**   0:20

To obtain a transcript of this hearing, please contact Stevens Koenig Reporting at (303)988-8470.