IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00101-MEH

JONATHAN BOYD, and
JAMI LARSON,

      Plaintiffs,

v.

MONTEZUMA COUNTY SHERIFF'S OFFICE,
DENNIS SPRUELL, in his individual capacity,
ADAM ALCON, in his individual capacity and official capacity at the Montezuma County
Sheriff's Office, and
STEVE NOWLIN, in his official capacity as Sheriff of Montezuma County,

      Defendants.

---

## ORDER AWARDING FEES

---

**Michael E. Hegarty, United States Magistrate Judge**.

Pursuant to this Court's order awarding Defendants their fees reasonably incurred in filing their Motion for Summary Judgment [*see* docket #58], defense counsel Ann B. Smith of Vaughan & Demuro has timely filed an affidavit setting forth a summary of her relevant qualifications and experience, a description of the services rendered, the amount of time spent, the hourly rate, and the total amount of attorney's fees claimed for her preparation of the motion and for her appearance in Court for the related December 22, 2015 motion hearing. Docket #59. The Court issued a minute order allowing Plaintiffs to file a response regarding the reasonableness of the requested fees on or before January 15, 2016. Docket #60. Plaintiffs did not do so.

Considering defense counsel's background and experience, the Court finds the total cost of $2,688 at an hourly rate of $160 is reasonable for the tasks performed and under the circumstances

presented in this case.  Therefore, pursuant to Fed. R. Civ. P. 37(a)(5)(A), the Court **orders** $2,688

be paid to Ms. Smith's firm for conduct as set forth in the hearing held on December 22, 2015.

Dated at Denver, Colorado this 21st day of January, 2016.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge

2