IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00101-MEH-MJW

JONATHAN BOYD and
JAMI LARSON,

    Plaintiffs,

vs.

MONTEZUMA COUNTY SHERIFF'S OFFICE,
STEVE NOWLIN, in his official capacity as Sheriff of Montezuma County,
DENNIS SPRUELL, in his individual capacity, and
ADAM ALCON, individually and in his capacity as an employee of the Montezuma County Sheriff's Office,

    Defendants.
_____

## NOTICE OF SETTLEMENT
_____

Plaintiffs, JONATHAN BOYD and JAMI LARSON, and Defendants, MONTEZUMA COUNTY SHERIFF'S OFFICE, STEVE NOWLIN, in his official capacity as Sheriff of Montezuma County, DENNIS SPRUELL, in his individual capacity, and ADAM ALCON, individually and in his capacity as an employee of the Montezuma County Sheriff's Office, hereby notify the Court that the parties have reached a complete resolution of all claims asserted in this matter.

The parties therefore request that the Court vacate the trial scheduled to begin on February 28, 2017.

Respectfully submitted,

/s/ Douglas J. Reynolds

Date: February 27, 2017

Douglas J. Reynolds
    BOPP REYNOLDS LAW GROUP
    1099 Main Ave., Ste. 303
    Durango, CO 81302
    (970) 259-0661 (phone)
    (970) 459-4318 (fax)
    drey@boppreynoldslaw.com (e-mail)
ATTORNEY FOR PLAINTIFFS


Date: February 27, 2017

s/ Ann. B. Smith
Ann B. Smith
    VAUGHAN & DeMURO
    111 South Tejon Street, Suite 545
    Colorado Springs, CO 80903
    (719) 578-5500 (phone)
    (719) 578-5504 (fax)
    vnd@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANTS